## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE

| | |
|---|---|
| **PAMELA MULLINS,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:18-cv-98-TBR |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) Electronically Filed |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that the Plaintiff, Pamela Mullins, and the Defendant, The Lincoln National Life Insurance Company, have agreed to resolve Plaintiff's claims. The parties anticipate consummating the settlement and filing a Stipulation of Dismissal with Prejudice with the Court within the next 45 days.

Dated:  February 22, 2018.

                        Respectfully submitted,

                        /s/ Chad E. Wallace
                        Chad E. Wallace
                        KY BPR No. 92832
                        Baker Donelson Bearman Caldwell & Berkowitz, PC
                        100 Med Parkway, Suite 200
                        Johnson City, Tennessee 37604
                        Phone: 423-928-0181
                        Fax: 423-979-7639
                        Email: cwallace@bakerdonelson.com

                        *Attorneys for the Defendant, The Lincoln National Life Insurance Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have on February 22, 2018, caused a copy of the foregoing Notice of Settlement to be filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States Mail. Parties may access this filing through the Court's electronic filing system.

    Robert A. Florio, Esq.
    1500 Story Avenue
    Louisville, Kentucky  40206

                                        /s/ Chad E. Wallace
                                        Chad E. Wallace