UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:18-CV-98-TBR

PAMALA MULLINS                                                PLAINTIFF

V.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY                                  DEFENDANT

## *ORDER OF DISMISSAL*

The Court has been informed that a settlement has been reached. (Docket #5)

**IT IS ORDERED** that said action is **DISMISSED** from the docket. If settlement is not concluded within 60 days any party may move to have the case reinstated on the docket.

cc: Counsel